JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER S. FARNSWORTH, | Case No. EDCV 15-02407-JFW (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| RANDY TEWES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 29, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE